**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to May 29, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-17-692 | State v. Hallauer |
| A-17-718 | State v. Meister |
| A-17-764 through A-17-768 | State v. Harris |
| A-17-788 | Fischer v Fischer |
| A-17-861, A-17-862 | In re Interest of Haileigh M. & Kendricks G. |
| A-17-1149 | State v. Marol |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.